Opinion issued August 5, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00525-CV






IN RE THE CADLE COMPANY, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, The Cadle Company, challenges the
trial court's order releasing garnished funds from the court registry. 

We deny the petition for writ of mandamus. 

Per Curiam 


Panel consists of Justices Jennings, Alcala, and Massengale. 


1. The underlying case is The Cadle Company v. Roy H. Bray, No. 579,602-901, in
County Civil Court at Law Number One of Harris County, Texas, the Hon. R. Jack
Cagle, presiding.